# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

PATRICK JONES (2)

WARRANT FOR ARREST

CASE NUMBER: W07-20M

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PATRICK JONES___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with (brief description of offense) **aided and abetted by another, possessing with intent to distribute at least five (5) grams of a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__
and in violation of Title __18__ United States Code, Section __2__.

Walter S. Smith, Jr.
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Chief U. S. District Judge
Title of Issuing Officer

February 1, 2007          Waco, Texas
Date and Location

Bail fixed at $ _detained_ by Walter S. Smith, Jr.,    Chief, U. S. District Judge
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |